## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David Gabriel,                               :
                          Petitioner          :
                                             :
                 v.                          :        No. 1499 C.D. 2019
                                             :
Workers' Compensation Appeal                 :
Board (Procter and Gamble                    :
Products Company),                           :
                          Respondent         :


**PER CURIAM**                    **O R D E R**


NOW, November 18, 2020, upon consideration of Respondent Procter and Gamble Products Company's application for reargument, the application is denied.